UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.                 Case No: 6:14-cr-183-Orl-18PTBS

DUWANE GILMORE,

    **Defendant.**

## ORDER

THIS CAUSE is before the Court on consideration of the report and recommendation ("Report") issued by U.S. Magistrate Judge Thomas B. Smith ("Judge Smith"). (Doc. 68.)

In the Report issued on May 30, 2018, Judge Smith recommended that the Court reject as "plainly frivolous," Defendant Duwane Gilmore's attempt to prosecute a second appeal. (*See id.* at 2; *see also* Docs. 43, 58–60.) Defendant did not object to the Report, and the deadline to do so has passed. *See* 28 U.S.C. § 636(b)(1). Accordingly, the Court has reviewed the Report for clear error. *See Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no error, the Court will approve and adopt the Report. It is hereby **ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation (Doc. 68) is **ACCEPTED, APPROVED, ADOPTED,** and is made part of this Order for all purposes, including appellate review.

2. In accordance with 28 U.S.C. § 1915(a)(3), the Court certifies that Defendant Duwane Gilmore's Notice of Appeal (Doc. 65) is not taken in good faith.

3. Defendant Duwane Gilmore's Motion for leave to appeal and for appointment of counsel (Doc. 66) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, this 19 day of July, 2018

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Defendant Duwane Gilmore